331-15   332-15   333-15   334-15   335-15
336-15   337-15   ELECTRONIC RECORD   338-15   339-15
340-15

COA #    10-15-00055-CR

OFFENSE:    Miscellaneous/Other Criminal including Misdemeanor or Felony

STYLE:    William Arthur McIntosh v. The State of Texas

COUNTY:    Ellis

TRIAL COURT:    40th District Court
TRIAL COURT #:    20084CR
TRIAL COURT JUDGE:    Hon. Bob Carroll
DISPOSITION:    DISMISSED

_____    MOTION
FOR REHEARING IS:    _____
DATE:    _____
JUDGE:    _____

DATE:    March 5, 2015

JUSTICE:    Scoggins          PC _____    S    YES

PUBLISH: _____          DNP:    YES

CLK RECORD:    _____
RPT RECORD:    _____
STATE BR:    _____
APP BR:    _____

SUPP CLK RECORD:    _____
SUPP RPT RECORD:    _____
SUPP BR:    _____
PRO SE BR:    _____

## IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA # **331-15 THRU 340-15**

_____ PRO SE _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_refused_

DATE: _July 29, 2015_

JUDGE: _PC_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____